FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 04 2006 ★
BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PAUL EDWARD NOBLITT,** | ) | |
| **Plaintiff,** | ) | 05 cv 5648 (JBW) |
| **v.** | ) | **Case No. ~~05-3486-CV-S-RED~~** |
| | ) | **~~State Court Case No. 05PO-CC00077~~** |
| **JAMES BRIGHT, M.D., et al.** | ) | |
| **Defendants.** | ) | |

## MOTION TO DISMISS AND SUGGESTIONS IN SUPPORT

COMES NOW, James Bright, M.D. by and through counsel and for his Motion to Dismiss and Suggestions in Support states the following:

1. On August 26, 2005, the Plaintiff, through his attorney, filed his Petition in the Circuit Court of Polk County, Missouri, naming as Co-Defendant, James Bright, M.D.

2. On September 26, 2005, Defendant, through his attorney, timely filed Defendant's Answer to the Plaintiff's Petition.

3. Prior to October 14, 2005, Plaintiff, through his counsel, agreed to voluntarily dismiss without prejudice Defendant, James Bright, M.D., and executed the same on October 13, 2005 (see attached exhibit A).

4. On October 14, 2005, Defendant Eli Lilly, through their counsel, filed Notice of Removal of Civil Action to the United States District Court for the Western District of Missouri, Southern Division.

Defendant James Bright, M.D. Dismissed on Consent. So ordered
JBWeinstein 4/11/06

5. On October 17, 2005, Plaintiff, through his counsel, filed the executed voluntary dismissal without prejudice in the Circuit Court of Polk County, Missouri and notice was served on all parties of record.

6. On October 18, 2005, Judge John W. Sims entered his Order of Dismissal Without Prejudice for Defendant Dr. James Bright (see attached Exhibit B).

7. Plaintiff has executed a voluntary dismissal without prejudice that was filed and ordered in the Circuit Court of Polk County, Missouri after notice for removal of this matter to federal jurisdiction had been filed and for that reason the Court could not grant the order of dismissal. As there still exists the voluntary dismissal by the Plaintiff, Paul Noblitt, dismissing without prejudice his claims against the Defendant, James Bright, M.D., there exists no claim currently before this Court upon which relief can be granted.

8. The Court should dismiss the matter against Defendant, James Bright, M.D., as it is clear that the Plaintiff has abandoned the claim.

WHEREFORE, the Defendant, based upon the facts presented, prays this Court to grant his Motion to Dismiss and grant such other and further relief as the Court finds is just and proper.

**MALKMUS LAW FIRM, LLC**

Brian D. Malkmus MO Bar #43952
Paul A. Davolt MO Bar #57384
430 South Avenue, Suite 800
Springfield, MO 65806
Telephone (417) 447-5000
Facsimile (417) 447-5001

## *Certificate of Service*

I hereby certify that on November 2, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Todd S. Hageman
Mr. John F. Kuckelman
Andrew Bruce See

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Barry H. Boise
Nina M. Gussack
Matthew J. Hamilton
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

Kenneth T. Fibich
W. Michael Leebron
Fibich, Hampton, Leebron, LLP
Five Houston Center
1401 McKinney, Suite 1800
Houston, TX 77010-9998

/s/ Brian D. Malkmus

# EXHIBIT A

4-237

**IN THE CIRCUIT COURT OF POLK COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| **PAUL EDWARD NOBLITT,** Plaintiff, | Cause No. 05PO-CC00077 |
| v. | Division No. 1 |
| **ELI LILY CO., INC., ET AL** Defendants | |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff, by and hereby voluntarily dismisses Dr. James Bright, WITHOUT PREJEUDICE, in the above captioned case.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that the Court enter an order of Voluntary Dismissal Without Prejudice for his action against Defendant, Dr. James Bright, only, and without prejudice.

Respectfully submitted,

By: ______________________________

Todd. S. Hageman, #44770
SIMON PASSANANTE, PC
701 Market Street, Suite 1450
St. Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029

Kenneth T. Fibich
Texas State Bar No. 06952600
Fletcher V. Trammell
Texas State Bar No. 24042053
FIBICH, HAMPTON, LEEBRON, L.L.P.
Five Houston Center
1401 McKinney, Suite 1800
Houston, Texas 77010-9998
(713) 751-0025
(713) 751-0030 fax

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on this **13th** day of **October**, 2005, upon the following:

Mr. Brian D. Malkmus
Malkmus Law Firm, LLC
430 South Avenue, Suite 800
Springfield, MO 65806

Fletcher V. Trammell

# EXHIBIT B

**IN THE CIRCUIT COURT OF POLK COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| **PAUL EDWARD NOBLITT,** Plaintiff, | Cause No. 05PO-CC00077 |
| v. | Division No. 1 |
| **ELI LILY CO., INC., ET AL** Defendants | |

**ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

BE IT REMEMBERED that on this day came on to be considered the Plaintiff's Motion for Voluntary Dismissal Without Prejudice as to Defendant, Dr. James Bright, only, without prejudice, filed by Plaintiff, as to her cause of action against said in the above-entitled and numbered cause, and the Court, being fully advised, finds that Plaintiff's Motion for Voluntary Dismissal Without Prejudice should in all things be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED that the action of Plaintiff against Defendant, Dr. James Bright be and the same is hereby in all things non-suited without prejudice as to the right of Plaintiff to re-assert said cause of action, or any part thereof.

SIGNED this 18th day of October, 2006

JUDGE PRESIDING

APPROVED AS TO FORM ONLY:

By: ______________________

Todd. S. Hageman, #44770
SIMON PASSANANTE, PC
701 Market Street, Suite 1450
St. Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029

Kenneth T. Fibich
Texas State Bar No. 6952600
Fletcher V. Trammell
Texas State Bar No. 24042053
FIBICH, HAMPTON, LEEBRON, L.L.P.
Five Houston Center
1401 McKinney, Suite 1800
Houston, Texas 77010-9998
(713) 751-0025
(713) 751-0030 fax

**ATTORNEYS FOR PLAINTIFF**